```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 24832
    RICKEY NUTALL
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-5547


--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
       The case was filed on 07/02/2004 and was confirmed 08/19/2004.

       The plan was confirmed to pay secured creditors 100% and unsecured
  creditors an estimated  20.06% from remaining funds.

       The case was paid in full 08/24/2007.
--------------------------------------------------------------------------
  CREDITOR NAME                 CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                 PAID          PAID
--------------------------------------------------------------------------
  CAR CREDIT                    UNSECURED      NOT FILED           .00           .00
  CARSON PIRIE SCOTT            UNSECURED         625.46           .00        125.46
  CITY OF CHICAGO PARKING       UNSECURED        3380.00           .00        677.97
  COLLECTO/CREDIT PAC           UNSECURED      NOT FILED           .00           .00
  I C COLLECTION SERVICE        UNSECURED      NOT FILED           .00           .00
  JC PENNEY                     UNSECURED      NOT FILED           .00           .00
  MONTGOMERY WARD               UNSECURED      NOT FILED           .00           .00
  OVERLAND BOND & INVESTME      UNSECURED       10241.43           .00       2054.27
  RISK MANAGEMENT ALTERNAT      UNSECURED         285.87           .00         57.34
  ROBERT J ADAMS                UNSECURED        2775.65           .00        556.75
  RUSH PRESBYTERIAN ST LUK      UNSECURED      NOT FILED           .00           .00
  SEARS PAYMENT CENTER          UNSECURED      NOT FILED           .00           .00
  US DEPT OF EDUCATION          UNSECURED        2882.02           .00        578.09
  UNITED CREDIT NATIONAL        UNSECURED      NOT FILED           .00           .00
  WFNNB                         UNSECURED      NOT FILED           .00           .00
  TIMOTHY K LIOU                REIMBURSEMENT     13.40            .00         13.40
  TIMOTHY K LIOU                DEBTOR ATTY    2,700.00                      2,700.00
  TOM VAUGHN                    TRUSTEE                                        364.72
  DEBTOR REFUND                 REFUND                                          94.52

           Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
  TRUSTEE                7,222.52

  PRIORITY                                          13.40
  SECURED                                             .00
  UNSECURED                                       4,049.88
  ADMINISTRATIVE                                  2,700.00
  TRUSTEE COMPENSATION                              364.72
  DEBTOR REFUND                                      94.52

                   PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 04 B 24832 RICKEY NUTALL
```

```
                                  ---------------     ---------------
TOTALS                                   7,222.52            7,222.52
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                      /s/ Tom Vaughn
Dated: 11/29/07                       _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```